## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 13, 2017

_____

### DOCKET CORRECTION NOTICE
_____

No. 17-1923,   <u>Willie McCall v. Samuel Morant</u>
              1:16-cv-00141-CCE-JLW

TO:   James Harvestus Locus

BRIEF OR APPENDIX CORRECTION DUE:  October 18, 2017

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

[X] Pages 546-554 are not identified in the table of contents of the appendix. Please file corrected paper and electronic copies of the appendix. If pagination of the appendix changes, please ensure brief citations are correct.

Emily Musser, Deputy Clerk
804-916-2704